Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

RAYMOND BERRY,

    Plaintiff,

vs.

TIMBERLINE MOULDING;
MARVIN WAIT; SUSAN WAIT
and DOES 1 THROUGH 10,
Inclusive,

    Defendants.

FILED

08 FEB 22 PM 4:19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0352 BEN CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
P. DELACRUZ

FEB 2 2 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)