Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

RAYMOND BERRY,

      Plaintiff,

        vs

vs.

TIMBERLINE MOULDING;
MARVIN WAIT; SUSAN WAIT
and DOES 1 THROUGH 10,
Inclusive,

      Defendants.

FILED

08 FEB 22 PM 4: 19

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ POL _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0352 BEN CAB

TO: (Name and Address of Defendant)

*Marvin Wait*
*1003 Dridle Way*
*San Marcos, CA 92069*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

    Amy B. Vandeveld, Esq.
    LAW OFFICES OF AMY B. VANDEVELD
    1850 Fifth Avenue
    San Diego, CA 92101
    (619) 231-8883

An answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

FEB 2 2 2008

W. Samuel Hamrick, Jr.

CLERK
P. DELANEZ

By _____, Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/8/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carrie Foulk | Registered Process Server # 1230 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

By Serving Marvin Wait ( Owner ) at 1315 Armorlite Drive San Marcos, CA 92069

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $50.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____3/8/2008_____    _Signature of Server_
Date

P.O. Box 1794 El Cajon, CA 92022
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.