Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

RAYMOND BERRY,

    Plaintiff,

vs.

TIMBERLINE MOULDING; MARVIN WAIT; SUSAN WAIT and DOES 1 THROUGH 10, Inclusive,

    Defendants.

FILED

08 FEB 22 PM 4:19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: P.DL          DEPUTY

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 0352 BEN CAB

TO: (Name and Address of Defendant)

*Susan Wait*
*1003 Dridle Way*
*San Marcos, CA 92069*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
P. DELAVASZ

FEB 2 2 2008
DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/8/2008 |
| NAME OF SERVER (PRINT) Carrie Fouk | TITLE Registered Process Server # 1230 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
   By Serving Susan Wait ( Owner ) at 1315 Armorlite Drive San Marcos, CA 92069

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3/8/2008___        _Carrie Fouk_ (signature)
             Date                  Signature of Server

P.O Box 1794 El Cajon, CA 92022
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.