

**<u>Berry v. Timberline</u> [Case No.  08cv0352 BEN (CAB)]
Motion to Dismiss – Exhibit "B"**