**<u>Berry v. Timberline</u> [Case No. 08cv0352 BEN (CAB)]**
**Motion to Dismiss – Exhibit "C"**

