

**Berry v. Timberline** [Case No. 08cv0352 BEN (CAB)]
Motion to Dismiss – Exhibit "D"