

**Berry v. Timberline [Case No. 08cv0352 BEN (CAB)]**
**Motion to Dismiss – Exhibit "E"**