

**Berry v. Timberline** [Case No.  08cv0352 BEN (CAB)]
**Motion to Dismiss – Exhibit "I"**