Amy B. Vandeveld, State Bar No. 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BERRY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TIMBERLINE MOULDING, et al. and DOES 1 THROUGH 10, Inclusive,<br><br>　　　　Defendants. | Case No.: 08 CV 0352 BEN (CAB)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND REQUEST FOR SANCTIONS AGAINST DEFENDANT SUSAN WAIT**<br><br>Date:  June 2, 2008<br>Time:  10:30 a.m.<br>Judge: The Honorable Roger T. Benitez |

　　　The Court is respectfully requested to take judicial notice of the following document:

　　　1.　Plaintiff's Complaint in the instant case, Docket No. "1".

　　　　　　　　　　　　LAW OFFICES OF AMY B. VANDEVELD

Respectfully Submitted"    S/ AMY B. VANDEVELD
_____    Attorney for Plaintiff
　　　　　　　　　　　　Email: abvusdc@hotmail.com

1