Amy B. Vandeveld, State Bar No. 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BERRY,<br><br>          Plaintiff,<br><br>vs.<br><br>TIMBERLINE MOULDING, et al. and DOES 1 THROUGH 10, Inclusive,<br><br>          Defendants. | Case No.:08 CV 0352 BEN (CAB)<br><br>**DECLARATION OF AMY B. VANDEVELD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND REQUEST FOR SANCTIONS AGAINST DEFENDANT SUSAN WAIT**<br><br>Date:   June 2, 2008<br>Time:   10:30 a.m.<br>Judge:  The Honorable Roger T. Benitez |

I, AMY B. VANDEVELD, declare:

1.   I am not a party to this action.  I am counsel for the Plaintiff in the instant action and am admitted to practice in all courts of this state and the United States District Court, Southern District of California.  I have personal knowledge of the following facts and, if called as a witness, could and would testify to the following:

2.   Attached hereto as Exhibit "6" is a true and correct copy of a print-out from LexisNexis indicating that Timberline Moulding did buisness at 1315 Armorlite Drive, San Marcos, CA as

1

1  early as 12/28/95.
2       3.   Attached hereto as Exhibit "7" is a true and correct
3  copy of a print-out from LexisNexis indicating that Marvin and
4  Susan Wait owned the real property located at 1315 Armorlite
5  Drive, San Marcos, CA as early as 7/7/2000.
6
7       I declare under penalty of perjury under the laws of the
8  State of California and the United States of America that the
9  foregoing is true and correct.
10      Executed this 19th day of May, 2008 at San Diego,
11 California.
12                           S/ AMY B. VANDEVELD
                             Attorney for Plaintiff
13                           Email: abvusdc@hotmail.com

# LexisNexis® Total Research System

Switch Client | Preferences | Sign Off | Help

My Lexis™ | Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Counsel Selector

Source: Legal > /.../ > CA Public Records, Combined
Terms: **1315 Armorlite** (Edit Search | Suggest Terms for My Search)
← Select for FOCUS™ or Delivery

☐

### CALIFORNIA FICTITIOUS BUSINESS NAMES

### THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

### CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY

CALIFORNIA FICTITIOUS BUSINESS NAMES

**DBA Name:** TIMBERLINE MOULDING

**Business Address:**
1315 ARMORLITE DR
SAN MARCOS, CA 92069-1341

**Telephone:** (619) 744-9259

**Filing Date:** 12/28/1995

**County:** SAN DIEGO

**Business Description:** BUSINESS SERVICES NEC

**Contact Name:** MARVIN WAIT

**Contact Address:**
1003 DRIDLE WAY
SAN MARCOS, CA 92069
Telephone: (619)

**Industry Classification Code:** 738999

Source: Legal > /.../ > CA Public Records, Combined
Terms: **1315 Armorlite** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Friday, January 11, 2008 - 4:09 PM EST

My Lexis™ | Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Off | Help



About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

EXHIBIT 6/8

https://www.lexis.com/research/retrieve?_m=84ecf2a760675522f8d84511c05e6113&docn...   1/11/2008

**LexisNexis® Total Research System**

Switch Client | Preferences | Sign Off | ? Help

My Lexis™ | Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Counsel Selector

Source: Legal > /.../ > CA Public Records, Combined
Terms: **1315 Armorlite** (Edit Search | Suggest Terms for My Search)
☐ Select for FOCUS™ or Delivery

SAN DIEGO COUNTY, CA 1315 ARMORLITE DR, SAN MARCOS, CA 92069-1341

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY RECORD FOR** SAN DIEGO COUNTY, CA

**ESTIMATED ROLL CERTIFICATION DATE** JULY 1, 2006

**Owner:** WAIT MARVIN G & SUSAN M (Joint Tenancy)

**Mailing Address:** 1003 ORIOLE WAY, SAN MARCOS, CA 92078

**Property Address: 1315 ARMORLITE** DR, SAN MARCOS, CA 92069-1341

**************************** SALES INFORMATION ****************************

**Recorded Date:** 07/07/2000

**Document Number:** 2000-360466

**Prior Sales Date:** 03/18/1997

**Document Type:** REGULAR OWNER CHANGE

**************************** ASSESSMENT INFORMATION ****************************

**Assessor's Parcel Number:** 219-470-11

**Legal Description:** ASSESSOR'S MAP REFERENCE: 008830

**Brief Description:** LOT 4 & LOT 5

**Land Use:** WAREHOUSE-PROCESSING/STORAGE; Zoning: INDUSTRIAL (M ZONE)

**Assessment Year:** 2006

**Assessed Land Value:** $ 330,791

**Assessed Improvement Value:** $ 603,143

**Total Assessed Value:** $ 933,934

**************************** TAX INFORMATION ****************************

**Tax Rate Code:** 13-115

EXHIBIT 7/9

https://www.lexis.com/research/retrieve?_m=84ecf2a760675522f8d84511c05e6113&docn...   1/11/2008