Amy B. Vandeveld, State Bar No. 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BERRY, | Case No.: 08 CV 0352 BEN (CAB) |
| Plaintiff, | |
| vs. | **DECLARATION OF RAYMOND BERRY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND REQUEST FOR SANCTIONS AGAINST DEFENDANT SUSAN WAIT** |
| TIMBERLINE MOULDING, et al. and DOES 1 THROUGH 10, Inclusive, | |
| Defendants. | |
| | Date:  June 2, 2008 |
| | Time:  10:30 a.m. |
| | Judge: The Honorable Roger T. Benitez |

I, RAYMOND BERRY, declare:

1.    I am the Plaintiff in this action.  I have personal knowledge of the following facts and, if called as a witness, could and would testify to the following:

2.    I am a quadriplegic and have limited use of my hands. I use a wheelchair for mobility.  I visited Timberline Moulding on two occasions in June or July of 2007 and on October 2, 2007. On my first visit, I went to Timberline Moulding to obtain information about the products available and the pricing of the

1

1   in my home.  It was a small job and I wanted to find an installer
2   before I actually purchased the material.

3       3.   When I first arrived at the property, I had difficulty
4   parking because there was no accessible parking space and there
5   were pylons and other cars parked in the lot, thus limiting the
6   amount of space available for me to park my van, which has a side
7   lift. I had to maneuver my van so that the lift would not hit one
8   of the pylons as my ramp deployed.

9       4.   I then went through the entrance to the business and
10  went to the customer service counter.  I have reviewed Exhibits
11  "A" and "B" to the Defendants' Motion to Dismiss.  Neither the
12  pull-out counter, nor the lowered counter depicted in those
13  photographs were at the customer service counter during my first
14  visit to Timberline Moulding.

15      5.   After about 3 to 5 minutes, the staff seemed to notice
16  me and a man came over to assist me.  I told him I was looking
17  for stair railings.  He brought me some written information about
18  the styles and materials available and the pricing.  The customer
19  service counter was too high and I was not able to read the
20  papers on the existing counter so the man set the papers on my
21  lap.  I have difficulty holding papers due to my disability.  It
22  would have been much easier for me to review the paperwork if I
23  could have placed the papers on a flat lowered counter, side by
24  side.  When papers are on my lap, they are not flat and are
25  difficult to maneuver if I need to change the viewing angle.
26  Attached hereto as Exhibit "5" are true and correct copies of the
27  documents I received during my first visit to Timberline
28  Moulding.

6.    At no time did the man who assisted me ever show me an accessible counter or offer me an accessible counter to use.

7.    After some discussion about the products an my anticipated project, the man gave me the business cards and telephone numbers of some installers.  I was at the business for approximately 20 minutes on my first visit.

8.    As I was leaving after that first visit, the Timberline employee walked with me to my van and I told him that they needed an accessible parking space.  He told me that a friend of his in a wheelchair had said the same thing before.  He said he had told the owner about the lack of an accessible parking space but that "the owner doesn't always listen to my suggestions."  I told him that he should "tell the owner again because this is a pretty serious thing."  He indicated that he would speak again with the owner.

9.    I returned to Timberline Moulding on October 2, 2007 to see if they had made the modifications to the parking lot I had requested during my first visit.  I still had not had the hand railing installed.  I had called the installers they had referred me to, but only one installer responded to my calls.  He never appeared at our scheduled appointment.  I also returned to Timberline because I wanted to check out additional products and to see if they had any other referrals.

10.  When I found that they had still not installed an accessible parking space, I was rather perturbed.  Not only had they not responded to the earlier complaint from the other person in a wheelchair, but they did not respond to my specific request for a parking space.  I concluded that I would need to file a

3

1  lawsuit to compel compliance with accessibility laws.

2      11.  At the time that I filed my lawsuit, I still wanted to

3  return to Timberline but I was deterred because of the absence of

4  an accessible parking space.

5      12.  I have reviewed Exhibit "1" to Mr. Mohamed's

6  Declaration and those photographs accurately depict the condition

7  of the parking lot with respect to the absence of an accessible

8  parking space during both of my visits to the property.  I also

9  reviewed Defendants' Exhibits "H" and "I".  The parking spaces

10 depicted in those photographs did not exist on either of my

11 visits to Timberline Moulding.

12     I declare under penalty of perjury under the laws of the

13 State of California and the United States of America that the

14 foregoing is true and correct.

15     Executed this 16th day of May, 2008 at San Diego,

16 California.

17

18                    RAYMOND BERRY

19

20

21

22

23

24

25

26

27

28

# HANDRAIL 

Lengths available 6' to 16'
Flex min. 6' - 12'

## DOUGLAS FIR HANDRAIL

| PROFILE | PATTERN NO. | SIZE | DESCRIPTION | PCS. PER BDL. | PRICES PER LINEAL FT. R/L | SPEC. |
|---|---|---|---|---|---|---|
| | 925 | 1-1/2 x 2-3/8 | Doug. Fir Hand Rail | 4 | 1.78 | 2.16 |
| | 925P | 1-1/2 x 2-3/8 | Standard Hand Rail with 1/4 x 1-1/4 Plow | 4 | 2.71 | 3.06 |
| | 926 | 1-1/2 x 1-7/8 | Doug. Fir Sm Standard Hand Rail | 4 | 1.48 | 1.86 |
| | 926P | 1-1/2 x 1-7/8 | Sm Standard Hand Rail with 1/4 x 1-1/4 Plow | 4 | 2.41 | 2.76 |
| | 927 | 1-1/2 x 2-1/4 | Doug. Fir Oval Hand Rail | 4 | 1.78 | 2.16 |
| | 927P | 1-1/2 x 2-1/4 | Oval Hand Rail with 1/4 x 1-1/8 Plow | 4 | 2.71 | 3.06 |
| | 928 | 1-1/2 x 2-3/8 | Doug. Fir "B" or Mushroom | 4 | 1.78 | 2.16 |
| | 928P | 1-1/2 x 2-3/8 | "B" Hand Rail with 1/4 x 1-1/4 Plow | 4 | 2.71 | 3.06 |
| | 932 | 1-1/2 x 1-7/8 | Doug. Fir Small 6010 | 4 | 1.48 | 1.86 |
| | 932P | 1-1/2 x 1-7/8 | Small 6010 with 1/4 x 1-1/8 Plow | 4 | 1.58 | 2.76 |
| Plowing | *SUP | Plowing | Set up for plowing less than 100' | | | |

## OAK HANDRAIL, SHOE RAIL & FILLET

| PROFILE | PATTERN NO. | SIZE | DESCRIPTION | PCS. PER BDL. | PRICES PER LINEAL FT. R/L | SPEC. |
|---|---|---|---|---|---|---|
| | 925-O | 1-1/2 x 2-3/8 | Oak Standard Handrail | 4 | 3.94 | 4.50 |
| | 925-OP | 1-1/2 x 2-3/8 | Oak Standard Handrail with 1/4 x 1-1/4 Plow | 4 | 5.17 | 5.70 |
| | 928-O | 1-1/2 x 2-3/8 | Oak "B" or Mushroom | 4 | 4.68 | 5.52 |
| | 928-OP | 1-1/2 x 2-3/8 | "B" Hand Rail with 1/4 x 1-1/4 Plow | 4 | 5.17 | 5.70 |
| | 950-O | 3/4 x 2-1/2 | Oak Shoe Rail with 1/4 x 1-1/4 Plow | 6 | 1.67 | 2.08 |
| | 951-O | 3/8 x 1-1/4 | Oak Fillet | 10 | .74 | .94 |
| Plowing | *SUP | Plowing | Set up for plowing less than 100' | | 50.00 | |

All Flex made to order. *No Mold currently available. Subject to Mold charge. Please call for quote.



EXHIBIT 5/5

# HANDRAIL

## POPLAR HANDRAIL

Mixed Bundles. Lengths available
6' to 16'  Flex min. 6' - 12'

| PROFILE | PATTERN NO. | SIZE | DESCRIPTION | PCS. PER BDL. | PRICES PER LINEAL FT. | |
|---------|-------------|------|-------------|---------------|------|------|
| | | | | | R/L | SPEC. |
| | 931BR | 2-1/4 x 2-3/8 | 6010 Bender Rail (7 Pcs.) | 4 | 9.19 | 11.64 |
| | 931P | 2-1/4 x 2-3/8 | Poplar 6010 Handrail | 4 | 4.31 | 5.76 |
| | 931PP | 2-1/4 x 2-3/8 | 6010 Handrail with 1/4 x 1-1/4 Plow | 4 | 5.24 | 6.60 |
| | 932P | 1-1/2 x 1-7/8 | Poplar Small 6010 Handrail | 4 | 1.58 | 2.00 |
| | 932PP | 1-1/2 x 1-7/8 | Sm. 6010 Handrail with 1/4 x 1-1/8 Plow | 4 | 1.71 | 2.13 |
| | 933P | 1-3/4 x 2-5/8 | Poplar Majestic Handrail | 4 | 2.53 | 3.21 |
| | 933PP | 1-3/4 x 2-5/8 | Majestic Handrail with 1/4 x 1-1/4 Plow | 4 | 3.45 | 4.12 |
| Plowing | *SUP | Plowing | Set up for plowing less than 100' | | | |
| | 950P | 3/4 x 2-1/2 | Poplar Shoe Rail with 1/4 x 1-1/4" Plow | 10 | .60 | 1.52 |
| | 951P | 3/8 x 1-1/4 | Poplar Fillet | 10 | .51 | .76 |

## HANDRAIL BRACKETS

COST PER BRACKET

| PROFILE | PATTERN NO. | SIZE | DESCRIPTION | PCS. PER BDL. | PRICES PER LINEAL FT. | |
|---------|-------------|------|-------------|---------------|------|------|
| | | | | | R/L | SPEC. |
| | BHB | 4235 x 3 | Brass Plated | – | | 2.20 |
| | ABHB | 4235 x 3AB | Antique Brass | – | | 2.20 |
| | CHB | 4235 x 2C | Chrome Plated | – | | 2.20 |

All Flex made to order. *No Mold currently available.  Subject to Mold charge.  Please call for quote.

EXHIBIT $\frac{S}{6}$



**TIMBERLINE MOULDING**

Manufacturer of Fine Wood Mouldings & Doors
1355 Armorlite Drive, San Marcos, Ca. 92069

Office: (760) 744-9259    OPEN 7:00 AM TO 4:30 PM M-F
Fax:   (760) 744-7330    SAT. 8 TO 2 CLOSED SUNDAY

WWW.TIMBERLINEMOULDING.COM

Pacific stairs products

(760) 471-4726

EXHIBIT 5/7