**PROOF OF SERVICE**

  I, the undersigned, declare that:  I am over the age of 18 and not a party to the within action.  I am authorized to serve the following document(s) in the within action pursuant to F.R.Civ.P. 4(c) and that the documents were served on today's date as follows:

1. <u>Case Name/USDC Number</u>:
   **Berry v. Timberline Moulding, et al.**
   **USDC No.: 08 CV 0352 BEN (CAB)**

2. <u>Document(s) served</u>:
   **Plaintiff's Opposition to Defendant's Motion to Dismiss; Declarations of Amy B. Vandeveld, Raymond Berry and Naradin Mohamed in Support Thereof, and Exhibits Thereto; Request for Judicial Notice**

3. <u>Person(s) served/Place of service</u>:
   **David W. Peters, Esq.**
   **LALA, APC**
   **402 West Broadway, Suite 400**
   **San Diego, CA 92101**
   **Fax No. (619) 353-9990**
   **Email: <u>dpeters@ascervus.com</u>**
   **Attorney for Defendants**

4. <u>Manner of Service</u>:

  <u>Electronic Service:</u> I electronically filed the above documents with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System.  The Court's CM/ECF System will send an email notification of the foregoing filing to the above-named parties and counsel of record who are registered with the Court's CM/ECF System.

  In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(ies), via electronic service through the CM/ECF System.

  I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed On:   May 19, 2008


By:      /S Amy B. Vandeveld
   AMY B. VANDEVELD
   Attorney for Plaintiff
   Email: abvusdc@hotmail.com