Amy B. Vandeveld, State Bar No. 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California 92101
Telephone: (619) 231-8883
Facsimile: (619) 231-8329

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMBERLINE MOULDING, et al. and DOES 1 THROUGH 10, Inclusive,<br><br>    Defendants. | Case No.: 05 CV 1660 J (WMc)<br><br>**NOTICE OF ERRATA RE: DECLARATION OF RAYMOND BERRY IN OPPOSITION TO MOTION TO DISMISS AND**<br><br>Date: June 2, 2008<br>Time: 10:30 a.m.<br>Judge: The Honorable Roger T. Benitez |

    TO ALL PARTIES and counsel of record,

    Plaintiff, RAYMOND BERRY, (hereinafter "Mr. Berry") hereby files the Amended Declaration of Raymond Berry. The original Declaration inadvertently omitted one sentence from the first page of the Declaration.

    Respectfully Submitted,

DATED: May 20, 2008          LAW OFFICES OF AMY B. VANDEVELD

                                     /S Amy B. Vandeveld
                                     AMY B. VANDEVELD, Attorney for Plaintiff